**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-01124-REB-CBS

FEDERAL DEPOSIT INSURANCE CORPORATION, a Receiver for FirsTier Bank,

    Plaintiff,

v.

HICKEY & HICKEY, LLC, a Colorado limited liability company,
METALTECH INDUSTRIES, INC., and
BILL W. HICKEY,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on plaintiff's **Unopposed Motion To Dismiss With Prejudice** [#30][1] filed December 19, 2011. After reviewing the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That plaintiff's **Unopposed Motion To Dismiss With Prejudice** [#30] filed December 19, 2011, is **GRANTED**;

2. That the Trial Preparation Conference set for April 6, 2012, is **VACATED**;

3. That the jury trial set to commence April 23, 2012, is **VACATED**;

4. That any pending motion is **DENIED** as moot; and

---

[1] "[#30]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

     5.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

     Dated December 19, 2011, at Denver, Colorado.

     **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge